IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$32,780.00 IN UNITED STATES CURRENCY,<br><br>DEFENDANT. | Civil Action No. 1:23-cv-01917-VMC |

**WARRANT FOR ARREST IN REM**

**TO: AUTHORIZED LAW ENFORCEMENT OFFICER**

PROPERTY DESCRIPTION: $32,780 IN UNITED STATES CURRENCY

WHEREAS, on April 27, 2023, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant Currency, alleging that said currency is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant Currency is currently in the possession, custody, or control of the United States Marshals Service; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant

Currency; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the above-named Defendant Currency by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further Order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Issued this 3rd day of May 2023.

                                  KEVIN P. WEIMER, CLERK
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF GEORGIA

                                By: _____
                                DEPUTY CLERK

Executed this _____ day of _____, 2023.

                                _____
                                Authorized Law Enforcement Officer

                                _____
                                Title And Agency